UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19cr31 |
| Plaintiff, | : | |
| | : | I N D I C T M E N T |
| | : | |
| | : | 18 U.S.C. § 111(a)-(b) |
| | : | 18 U.S.C. § 922(g)(1) |
| v. | : | |
| | : | |
| KURT DENTON CROUCH, | : | |
| | : | |
| Defendant. | : | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 111(a)-(b)]

On or about January 28, 2019, in the Southern District of Ohio, defendant **KURT DENTON CROUCH** forcibly assaulted, resisted, opposed, impeded, and interfered with an individual identified herein by the initials F.Z. -- a task force officer of the Federal Bureau of Investigation -- while F.Z. was engaged in and on account of the performance of F.Z.'s official duties, and, in doing so, defendant **KURT DENTON CROUCH** used a deadly and dangerous weapon.

In violation of Title 18, United States Code, Section 111(a)-(b).

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about January 28, 2019, in the Southern District of Ohio, defendant **KURT DENTON CROUCH** knowingly possessed a firearm in and affecting interstate and foreign commerce.

Such possession occurred after defendant **KURT DENTON CROUCH** had been convicted of the following felony, which was punishable by a term of imprisonment exceeding one year, namely: on or about March 26, 2009, in Lake County, Florida, of aggravated assault with a deadly weapon, in violation of Florida Statutes.

In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of one or more offenses set forth in this Indictment, defendant **KURT DENTON CROUCH** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such violation(s), including but not limited to, a Bushmaster semi-automatic assault rifle, Serial No. BFH020572.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

Page **2** of **3**

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

_____
Foreperson

BENJAMIN C. GLASSMAN
United States Attorney

_____
BRENT G. TABACCHI
Assistant United States Attorney

